**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6443**

LEON ANDRE NORMAN,

             Plaintiff - Appellant,

      v.

HAMPTON ROADS REGIONAL JAIL MEDICAL STAFF; SOUTHWEST
VIRGINIA MENTAL HEALTH FACILITY; POCAHONTAS STATE
CORRECTIONAL CENTER,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Norfolk.  Mark S. Davis, Chief District Judge.  (2:18-cv-00453-MSD-DEM)

Submitted:  August 28, 2020                          Decided:  November 2, 2020

Before DIAZ and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Leon Andre Norman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon Andre Norman appeals the district court's dismissal order and judgment dismissing some claims pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim and dismissing the remaining claims pursuant to 28 U.S.C. § 1406(a) for improper venue. We have reviewed the record and find no reversible error. The district court correctly dismissed part of the complaint for failure to state a claim. And Norman has waived any challenge to the dismissal of the remainder of the complaint on venue grounds by failing to raise that issue in his informal brief. *See Jackson v. Lightsey,* 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*